# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2612

Karen Wells, as co-trustees for the next of kin of Amir Rahkare Locke, deceased and Andre Locke, as co-trustees for the next of kin of Amir Rahkare Locke, deceased

Appellees

v.

Mark Hanneman, in his individual capacity as a Minneapolis police officer and City of Minneapolis

Appellants

------------------------------

Minnesota Police and Peace Officers Association

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00273-ECT)
_____

**ORDER**

Minnesota Police and Peace Officers Association has filed a motion for leave to file an amicus brief on behalf of appellants, and the motion is granted. The clerk shall review the brief submitted by the amicus party for filing.

November 22, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik